## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NEKTAR THERAPEUTICS DERIVATIVE LITIGATION | Lead Case No. 1:19-cv-00322-MN-JLH |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-referenced action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

| **PHILLIPS, MCLAUGHLIN & HALL, P.A.** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| */s/ Megan C. Haney* | */s/ Christine D. Haynes* |
| John C. Philips, Jr. (Bar No. 110) | Raymond J. DiCamillo (#3188) |
| Megan C. Haney (Bar No. 5016) | Chad M. Shandler (#3796) |
| 1200 North Broom Street | Christine D. Haynes (#4697) |
| Wilmington, Delaware 19806 | 920 North King Street |
| Telephone: (302) 655-4200 | Wilmington, Delaware 19801 |
| Facsimile: (302) 655-4210 | (302) 651-7700 |
| Email: jcp@pmhdelaw.com | dicamillo@rlf.com |
|       mch@pmhdelaw.com | shandler@rlf.com |
| | haynes@rlf.com |
| *Liaison Counsel for Plaintiffs* | |
| | *Counsel for Defendants Howard W. Robin, Gil* |
| **THE ROSEN LAW FIRM, P.A.** | *M. Labrucherie, Jeff Ajer, Robert B. Chess,* |
| Phillip Kim | *Scott Greer, Christopher A. Kuebler, Lutz* |
| 275 Madison Avenue, 34th Floor | *Lingnau, Roy A. Whitfield, And Dennis L.* |
| New York, NY 10016 | *Winger, and Nominal Defendant Nektar* |
| Telephone: (212) 686-1060 | *Therapeutics.* |
| Facsimile: (212) 202-3827 | |
| Email: pkim@rosenlegal.com | |

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*


Dated:  April 16, 2021




IT IS HEREBY ORDERED this 19th day of April 2021.


_____
The Honorable Maryellen Noreika
United States District Judge

2